

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | SOUTHERN DIVISION |
|---|---|
| 312 North Spring Street, Room G-8 | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | (714) 338-4750 |

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

October 4, 2012

Superior Court of California
County of Riverside
4050 Main Street
Riverside, California 92501



Re:   Case Number: EDCV 12-01226-RGK (DTBx)

Previously Superior Court Case No. RIC1207068

Case Name: JUAN E. CONTRERAS v. HARB GROUP, INC. et al.

Dear Sir / Madam:
    Pursuant to this Court's ORDER OF REMAND issued on October 4, 2012 , the above-referenced case is hereby remanded to your jurisdiction.

    Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

    Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By: /S/ Sharon Hall-Brown
Deputy Clerk   213-894-5883

☒ Western   ☐ Eastern   ☐ Southern Division

cc: Counsel of record

---

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

10-9-12
Date

By: B Millard
Deputy Clerk

CV - 103 (09/08)    LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)